*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 11, 2014                    519139
_____

In the Matter of the Claim of
    CHRISTINE MANSHIP,
                        Appellant.

                                          MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   October 21, 2014

Before:   Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.

_____

        Christine Manship, Oneonta, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary
Leibowitz of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed September 27, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because her employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court